JOSEPH M. LOVRETOVICH (SBN 73403)
jml@jmllaw.com
MYTHILY SIVARAJAH (SBN 252494)
mythily@jmllaw.com
JML LAW, APLC
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

ALAN REINACH (SBN 196899)
ajrliberty@gmail.com
JONATHON CHERNE (SBN 281548)
attorneycherne@gmail.com
2686 Townsgate Road
Westlake Village, CA 91359
Telephone: (805) 413-7398
Facsimile: (805) 497-7099

Attorneys for Plaintiff
ELIZABETH BALES

C. CHRISTINE MALONEY (SBN 226575)
FOSTER EMPLOYMENT LAW
cmaloney@fosteremploymentlaw.com
3000 Lakeshore Avenue
Oakland, CA 94610
Telephone: (510)763-1900
Facsimile: (510)763-5952

Attorneys for Defendant
TERI MONTEROSSO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BALES, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF EL DORADO; TERI MONTEROSSO; and DOES 1-50; inclusive, | Case No. 2:18-cv-01714-JAM-DB<br><br>**STIPULATION TO CONTINUE CMC/JOINT STATUS REPORT DEADLINES AND ORDER**<br><br>Action Filed: June 13, 2018<br>Trial Date: None |

1

STIPULATION TO CONTINUE CMC/JOINT STATUS REPORT DEADLINES AND [PROPOSED] ORDER - 2:18-cv-01714-JAM-DB

| | ) |
|---|---|
| 1 | Defendants. ) |
| 2 | ) |

Plaintiff ELIZABETH BALES ("Plaintiff") and Defendant TERI MONTEROSSO ("Defendant MONTEROSSO") (collectively, the "Parties"), by and through their counsel, agree and stipulate as follows:

Whereas, on June 13, 2018, Plaintiff filed her Complaint in the United States District Court, Eastern District of California;

Whereas, on July 1, 2018, Defendant TERI MONTEROSSO was served the complaint, summons and accompanying documents;

Whereas, on July 23, 2018, Defendant MONTEROSSO filed a motion to dismiss the fourth cause of action, the only cause of action against said Defendant, which has been set for hearing on September 18, 2018;

Whereas, on August 13, 2018, Plaintiff filed a proof of service for service upon Defendant COUNTY OF EL DORADO;

Whereas, on August 15, 2018, Defendant MONTEROSSO's counsel disputed the efficacy of service upon Defendant COUNTY OF EL DORADO;

Whereas, Plaintiff has been diligently attempting to re-serve Defendant COUNTY OF EL DORADO;

Whereas, pursuant to the Court's Order Requiring Service of Process and Joint Status Report (Docket #4), the deadline to meet and confer and submit a Joint Status Report is August 30, 2018;

Whereas, the Parties do not believe it would be efficient to create a Joint Status Report while a motion to dismiss Defendant MONTEROSSO is pending and before Defendant COUNTY OF EL DORADO is served;

Whereas, the Parties agree to continue the deadline to meet and confer and submit a Joint Status Report to a time after Defendant MONTEROSSO's motion to dismiss is heard and after the Defendant COUNTY OF EL DORADO is served;

JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367

Now therefore, the Parties, through their respective counsel of record, for good cause as shown stipulate and request the Court enter an order continuing the deadline pursuant to this Court's Order Requiring Service of Process and Joint Status Report (Docket #4), to meet and confer and submit a Joint Status Report by sixty (60) days, from August 30, 2018 to October 29, 2018.

**IT IS SO STIPULATED.**

DATED: August 21, 2018            JML LAW, A Professional Law Corporation

/s/ Mythily Sivarajah

By: _____

JOSEPH M. LOVRETOVICH

MYTHILY SIVARAJAH

ALAN REINACH

JONATHON CHERNE

Attorneys for Plaintiff

ELIZABETH BALES

DATED: August 20, 2018            FOSTER EMPLOYMENT LAW

/s/ C. Christine Maloney (as authorized on August 20, 2018)

By: _____

C. CHRISTINE MALONEY

Attorney for Defendant

TERI MONTEROSSO

## **ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, the Court continues the deadline for the Parties to meet and confer and submit a Joint Status Report in accordance with this Court's Order Requiring Service of Process and Joint Status Report (Docket #4), by 60 days, from August 30, 2018 to October 29, 2018.

**IT IS SO ORDERED.**

DATE: 8/21/2018 /s/ John A. Mendez
Honorable John A. Mendez
U.S. District Court Judge

JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367