1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ELIZABETH BALES,                            No.  2:18-cv-1714 JAM DB

12              Plaintiff,

13        v.                                      ORDER

14   COUNTY OF EL DORADO,

15              Defendant.

16

17        On October 2, 2019, plaintiff filed a motion to compel and noticed the motion for hearing

18   before the undersigned on October 25, 2019, pursuant to Local Rule 302(c)(1).  (ECF No. 33.)

19   On October 18, 2019, the parties filed a joint statement re discovery dispute.  (ECF No. 34.)

20        As explained in the undersigned's Standard Information re discovery disputes set forth on

21   the court's web page, joint statements filed before the undersigned shall not exceed twenty-five

22   pages, excluding exhibits.[1]  See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-

23   judges/united-states-magistrate-judge-deborah-barnes-db.  Here, the parties' joint statement

24   exceeds the undersigned's twenty-five page limit.

25   ////

26   ////

27   _____

28   [1] The parties are advised that title pages, tables of contents, tables of citations, etc., all count
     toward the twenty-five-page limit.

                                              1

1      Moreover, the undersigned's Standard Information also explains that parties must meet

2 and confer prior to filing a discovery motion and "must again confer in person or via telephone or

3 video conferencing" prior to the filing of the joint statement.  See

4 http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-

5 judge-deborah-barnes-db.  Here, it appears that the parties' last meet and confer effort was a

6 written communication sent on September 24, 2019.  (ECF No. 34 at 2, 3.)  However, the motion

7 to compel was filed on October 2, 2019, and the joint statement was filed on October 18, 2019.

8 (ECF Nos. 33 & 34.)

9      Accordingly, IT IS HEREBY ORDERED that:

10      1.  Plaintiff's October 2, 2019 motion to compel (ECF No. 33) is denied without prejudice

11 to renewal; and

12      2.  The October 25, 2019 hearing of plaintiff's motion to compel is vacated.

13 Dated:  October 22, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

23 DLB:6
DB\orders\orders.civil\bales1714.pg.limit.ord