UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BALES,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF EL DORADO,<br><br>        Defendant. | No. 2:18-cv-1714 JAM DB<br><br><br><br>ORDER |

This action came before the undersigned on November 15, 2019, for hearing of plaintiff's motion to compel. Attorney Jonathan Cherne appeared telephonically on behalf of the plaintiff. Attorney Christine Maloney appeared in person on behalf of the defendant.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's October 25, 2019 motion to compel is (ECF No. 36) is granted in part and denied in part;

2. Plaintiff's motion to compel as to RFP No. 9 is granted entirely;

3. Plaintiff's motion to compel as to RFP No. 53 is granted as modified by plaintiff in the parties' joint statement to be limited to emails of Teri Monterosso and Timothy Pappas;

////

////

1

4. Plaintiff's motion to compel as to RFP No. 47, RFP No. 48, and RFP No. 49 are granted as modified by plaintiff's proposed limitations reflected in the parties' joint statement and further limited to documents related to claims of retaliation;

5. Plaintiff's motion to compel is denied without prejudice as to RFP Nos. 10, 11, 33, 36, 43, 44, 45, 46, and 70[1];

6. Within twenty-one days of the date of this order defendant shall produce a privilege log to plaintiff[2]; and

7. Within twenty-one days of the date of this order defendant shall produce responsive documents in compliance with this order.

Dated: November 15, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\bales1714.oah.111519

---

[1] With respect to RFP No. 33, RFP No. 43, RFP No. 44, RFP No. 45, RFP No. 46, and RFP No. 70 plaintiff stated that defendant has supplemented its responses and "documents will be coming soon." (ECF No. 37 at 12, 15-17, 25.) Thus, plaintiff will need to determine what, if any, dispute remains with respect to these requests after receipt of defendant's documents.

[2] The privilege log should account for the 2017 investigative report unless that document is produced to plaintiff.