C. CHRISTINE MALONEY (SBN 226575)
Maloney Employment Law
203 Flamingo Road, Suite 305
Mill Valley, CA 94941
Telephone: (415) 754-8081
Email: christine@maloney-worklaw.com

Attorneys for Defendant
COUNTY OF EL DORADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BALES, an individual<br><br>　　　　Plaintiff<br>　vs.<br><br>COUNTY OF EL DORADO; TERI MONTEROSSO, and DOES 1-50, inclusive,<br><br>　　　　Defendants | Case No. 2:18-cv-01714-JAM-DB<br><br>**AMENDED STIPULATION AND ORDER TO (1) CONTINUE AND MODIFY SUMMARY JUDGMENT DEADLINES AND (2) CONTINUE TRIAL AND RELATED DATES**<br><br>COMPLAINT FILED:  June 13, 2018<br>TRIAL DATE:          October 5, 2020 |

## I.　　STIPULATION

Plaintiff ELIZABETH BALES and Defendant COUNTY OF EL DORADO (collectively referred to as "the Parties") hereby stipulate and agree as follows:

1.　　Upon Defendant's ex parte application arising from COVID-19 impacts, the Court entered a Minute Order on March 24, 2020 (Dkt. No. 43) modifying the original case schedule and re-setting the deadline for Defendant County to file its summary judgment motion to June 16, 2020 and hearing on July 14, 2020.  The Order also reset the date for the final pretrial conference in this case to August 21, 2020, with the Joint Pretrial Statement due 7 days earlier.  Trial is now set for

1  October 5, 2020.

2    2. Counsel for the Parties continue to be impacted by applicable "shelter in place" orders, including the continued closure of law libraries, closure of office facilities, limitations on business services, and the general slow-down of all aspects of daily life.  The Parties agree that further continuance of summary judgment, trial, and related deadlines is necessary and appropriate.

  3. Having received calendar information from the Court on June 16, 2020, the Parties have amended their proposed deadlines. The Parties propose and agree on the following modified deadlines:

| | |
|---|---|
| Summary judgment filing: | June 30, 2020 |
| Summary judgment opposition: | August 11, 2020 |
| Summary judgment reply: | August 18, 2020 |
| Summary judgment hearing: | September 15, 2020, 1:30 p.m. |
| Joint pretrial statement: | October 23, 2020 |
| Final pretrial conference: | October 30, 2020, 10:00 a.m. |
| Trial: | December 7, 2020, 9:00 a.m. |

IT IS SO STIPULATED.

JML LAW, APSC

 */s/ Cathryn G. Fund*
_____
Joseph M. Lovretovich
Cathryn G. Fund
Attorneys for Plaintiff
ELIZABETH BALES

DATE:  June 16, 2020

MALONEY EMPLOYMENT LAW

 */s/ C. Christine Maloney*
_____
C. Christine Maloney
Attorney for Defendant
COUNTY OF EL DORADO

DATE:  June 16, 2020

2
AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND MODIFY SUMMARY JUDGMENT DEADLINES AND CONTINUE TRIAL AND RELATED DATES

## II. ORDER

Based upon the foregoing stipulation of the Parties, the Court finds good cause to further continue, modify and reset the following deadlines:

| | |
|---|---|
| Summary judgment filing: | June 30, 2020 |
| Summary judgment opposition: | August 11, 2020 |
| Summary judgment reply: | August 18, 2020 |
| Summary judgment hearing: | September 15, 2020, 1:30 p.m. |
| Joint pretrial statement: | October 23, 2020 |
| Final pretrial conference: | October 30, 2020, 10:00 a.m. |
| Trial: | December 7, 2020, 9:00 a.m. |

IT IS SO ORDERED.

Date: June 16, 2020

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge