JOSEPH M. LOVRETOVICH (SBN 73403)
jml@jmllaw.com
CATHRYN G. FUND (SBN 293766)
Cathryn@jmllaw.com
JML LAW, APLC
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

ALAN REINACH (SBN 196899)
ajrliberty@gmail.com
JONATHON CHERNE (SBN 281548)
attorneycherne@gmail.com
2686 Townsgate Road
Westlake Village, CA 91359
Telephone: (805) 413-7398
Facsimile: (805) 497-7099

Attorneys for Plaintiff
ELIZABETH BALES

SPINELLI, DONALD & NOTT
A Professional Corporation
LYNN A. GARCIA, SBN: 131196
601 University Avenue, Suite 225
Sacramento, California 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
lynng@sdnlaw.com

Attorneys for Defendant
COUNTY OF EL DORADO

**CAPTION CONTINUED**

**ON NEXT PAGE**

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE FINAL PRETRIAL SCHEDULING CONFERENCE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BALES, an individual <br><br> Plaintiff <br><br> vs. <br><br> COUNTY OF EL DORADO, et al. <br><br> Defendant. | Case No.: 2:18-cv-01714-JAM-DB <br><br> **STIPULATION AND ORDER CONTINUING THE FINAL PRETRIAL CONFERENCE** <br><br> Trial Date: December 7, 2020 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ELIZABETH BALES and Defendant COUNTY OF EL DORADO, as follows:

WHEREAS, on November 19, 2018, the Status (Pretrial Scheduling) Order was issued in this matter by the Honorable John A. Mendez.

WHEREAS, on June 22, 2020, Defendant COUNTY OF EL DORADO, substituted in Lynn A. Garcia as counsel of record in this matter.

WHEREAS, counsel for Defendant, COUNTY OF EL DORADO is unavailable on October 30, 2020.

Accordingly, the parties request to continue the Final Pretrial Scheduling Conference until November 13, 2020, or to another date and time after November 13, 2020 to be determined by the Court.

///
///
///
///
//
///
///
///

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE FINAL PRETRIAL SCHEDULING CONFERENCE**

**IT IS SO STIPULATED.**

Dated: June 26, 2020                           JML LAW, A Professional Law Corporation

                                                   By: __s/ Catheryn G. Fund (as approved 06/26/20)
                                                           JOSEPH M. LOVRETOVICH
                                                           CATHRYN G. FUND
                                                           Attorneys for Plaintiff

Dated: June 26, 2020                           SPINELLI, DONALD & NOTT

                                                           By: ___s/ Lynn A. Garcia
                                                           LYNN A. GARCIA
                                                           Attorneys for Defendant
                                                           COUNTY OF EL DORADO

## **ORDER**

      PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING, the date for the Final Pretrial Scheduling Conference currently scheduled for October 30, 2020 shall be vacated and continued to November 13, 2020 at 10:00 a.m. in Courtroom 6.  The parties joint pretrial statement shall be filed no later than November 6, 2020.

Dated:   July 1, 2020                          /s/ John A. Mendez_____  _____
                                                       The Honorable Judge John A. Mendez

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE FINAL PRETRIAL SCHEDULING CONFERENCE**