JOSEPH M. LOVRETOVICH, SBN 73403
CATHRYN G. FUND, SBN 293766
**JML LAW, A PROFESSIONAL LAW CORPORATION**
5855 Topanga Canyon Boulevard, Suite 300
Woodland Hills, California 91367
Tel: (818) 610-8800
Fax: (818) 610-3030
jml@jmllaw.com, cathryn@jmllaw.com

JONATHON CHERNE, SBN 281548
ALAN REINACH, SBN 196899
5776-D Lindero Canyon Rd., #257
Westlake Village, California 91362
Tel: (805) 413-7392
Fax: (805) 497-7099
attorneycherne@gmail.com, ajrliberty@gmail.com

*Attorneys for Plaintiff*
*ELIZABETH BALES*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH BALES, an individual;<br><br>      Plaintiff,<br><br>  vs.<br><br>COUNTY OF EL DORADO; TERI MONTEROSSO; and DOES 1-50; inclusive,<br><br>      Defendants. | Case No. 2:18-cv-01714-JAM-DB<br><br>**ORDER RE: PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |

Having reviewed Plaintiff's Notice of Request to Seal Documents, Request to Seal Documents, and the six pages that Plaintiff is seeking to have sealed, labelled as pages 1-6, the Court finds that good cause exists to GRANT Plaintiff's Request to Seal Documents.

1  IT IS SO ORDERED.

3  DATED: August 12, 2020

                                                /s/ John A. Mendez
                                                Hon. John A. Mendez
                                                United States District Court Judge
                                                Eastern District of California

**JML LAW**
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367